Before the Second Division, April 20, 1939

No. 41083.—Protest 503145–G of S. H. Kress & Co. (Los Angeles).

Opinion by Dallinger, J.  It was stipulated that the merchandise consists of incense burners, vases, trays, pin trays, and photo frames, plated with silver. The claim at 50 percent under paragraph 339 was therefore sustained.  *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (26 id. 221, C. A. D. 20) cited.

No. 41084.—Protest 613730–G of S. H. Kress & Co. (San Francisco).

Opinion by Dallinger, J.  Trays, pin trays, photo frames, and jewelry boxes, plated with silver, chiefly used on the table or in the household for utilitarian purposes, were held dutiable at 50 percent under paragraph 339 in accordance with stipulation of counsel.  *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (26 id. 221, C. A. D. 20) cited.

No. 41085.—Protest 768087–G of F. W. Woolworth Co. (Seattle).

Opinion by Dallinger, J.  In accordance with stipulation of counsel photo frames plated with silver chiefly used on the table or in the household for utilitarian purposes were held dutiable at 50 percent under paragraph 339.  *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (26 id. 221, C. A. D. 20) cited.

No. 41086.—Protest 806791–G of F. W. Woolworth Co. (San Francisco).

Opinion by Dallinger, J.  In accordance with stipulation of counsel photo frames plated with silver chiefly used on the table or in the household for utilitarian purposes were held dutiable at 50 percent under paragraph 339.  *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (26 id. 221, C. A. D. 20) cited.

No. 41087.—Protests 901357–G, etc., of N. Y. Merchandise Co., Inc. (New York).

Opinion by Dallinger, J.  It was stipulated that the merchandise consists of paper weights, banks, and marcel irons chiefly used in the household for utilitarian purposes and paper weights similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20).  The claim at 40 percent under paragraph 339 was therefore sustained.  Abstract 38680 cited.